UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

        Plaintiff,

                                           File no: 1:22-cv-564

v.

                                         HON. ROBERT J. JONKER

ST. JOSEPH, COUNTY OF, et al.,

        Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 8, 2022 (ECF No. 30).    The Report and Recommendation was duly served on the parties.   While the Plaintiff has filed several motions subsequent to the issuance of the Report and Recommendation, he has not filed objections specifically addressing the Report and Recommendation under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 30) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default (ECF No. 48) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Dated:    December 1, 2022           /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE